DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O Box 50013
San Jose, CA 95150-0013

Telephone: (408) 354-4413
Facsimile:  (408) 354-5513

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

In re:

Younger, Clarence

Younger, Sandra

        Debtor(s)

Chapter 13
Case No. 11-51280 ASW

TRUSTEE'S OBJECTION TO CONFIRMATION WITH CERTIFICATE OF SERVICE

341 Meeting Date: March 28, 2011
Pre-Hearing Conference Date: June 20, 2011
Pre-Hearing Conference Time: 1:45 PM
Place: 280 S. 1st Street Room 3020
      San Jose, CA
Judge: Arthur S. Weissbrodt

Devin Derham-Burk, Trustee in the above matter, objects to the Confirmation of this 5% Plan for the following reasons:

1. Pursuant to Section 18 of the Statement of Financial Affairs, it appears the debtor is doing business as "Business Frameworks." However, the debtor has omitted said DBA from the Voluntary Petition Page. The Trustee requests the Petition Page be amended and noticed to all creditors.

2. The debtors have not complied with 11 U.S.C § 521(e)(2)(A)(i) and (B) as the debtors have not provided the Trustee with a copy of their most recently filed tax return.

//

//

Trustee's Objection to Confirmation – 11-51280 ASW

Case: 11-51280    Doc# 16    Filed: 03/25/11    Entered: 03/25/11 15:21:04    Page 1 of 3

3. The Plan is in violation of 11 U.S.C. § 1325 (a)(4) in that creditors would receive more under Chapter 7 liquidation. There is excess equity in the debtors' personal property in the amount of $1,272.50, while general unsecured creditors will receive nothing under the proposed 0% plan. In order to ensure the Plan complies with 11 U.S.C. §1325(a), the following must be added to Section 7: "Notwithstanding Section 2(d), general unsecured creditors shall receive no less than $1,272.50."

Dated: March 25, 2011   /S/ Devin Derham-Burk

Chapter 13 Trustee

# CERTIFICATE OF SERVICE BY MAIL

I declare that I am over the age of 18 years, not a party to the within cause; my business address is 983 University Ave. C-100, Los Gatos, California 95032. I served a copy of the within Trustee's Objection to Confirmation by placing same in an envelope in the U.S. Mail at Los Gatos, California on March 25, 2011.

Said envelopes were addressed as follows:

| | |
|---|---|
| Clarance & Sandra Younger<br>5797 Capilano Drive<br>San Jose, CA, 95138 | Sagaria Law<br>333 West San Carlos Street<br>Suite 1700<br>San Jose, CA, 95110 |

/S/ Esmeralda Mejia
_____
Office of Devin Derham-Burk, Trustee